UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODOLFO SOLANO MARTINEZ, on behalf of himself and all others similarly situated,<br><br>**Plaintiff,**<br><br>-against-<br><br>488 HOSPITALITY GROUP LLC; 790 LOUNGE LLC; MINO HABIB and PAUL SERES,<br><br>**Defendants.** | No: 18 Civ. 6333 (PAC) |

**NOTICE OF JOINT MOTION
FOR APPROVAL OF FLSA SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of the Joint Motion for Approval of FLSA Settlement ("Motion for Approval") and pursuant to the Court's Order dated November 29, 2018 (ECF No. 15), the Parties respectfully request the Court enter an Order:

(1)   granting approval of the Settlement Agreement and Release ("Settlement Agreement"), attached as **Exhibit 1** to the Declaration of Armando A. Ortiz; and

(2)   dismissing the action according to the Stipulation and Order of Final Dismissal with Prejudice attached as **Exhibit A** to the Settlement Agreement.

\*   \*   \*

Dated: New York, New York
April 1, 2019

Respectfully submitted,

**FITAPELLI & SCHAFFER, LLP**

By:

/s/ Armando A. Ortiz
Armando A. Ortiz

**FITAPELLI & SCHAFFER, LLP**
Armando A. Ortiz
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375
Facsimile: (212) 481-1333
Email: aortiz@fslawfirm.com

*Attorney for Plaintiff*

**LAW OFFICES OF ROBERT CORBETT, P.C.**
Robert Corbett
40 Wall Street, 52nd Floor
New York, New York 10005
Telephone: (646) 770-1529
Email: rob@robcorbettlaw.com

*Attorney for Defendants*