UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RODOLFO SOLANO MARTINEZ, :
:
    *Plaintiff,* :
: 18 Civ. 6333 (PAC)
  *-against-* :
:
488 HOSPITALITY GROUP, L.L.C., : **OPINION & ORDER**
:
    *Defendant.* :
-----------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

After reviewing Plaintiff's counsel's billing records, which the Court ordered to be submitted in the July 25, 2019 order, the Court finds counsel's fee request of out-of-pocket litigation costs ($622.53) plus 1/3 contingency fee to be proper and reasonable.

For the reasons stated in the Court's July 25, 2019 order, the parties' motion for settlement approval is GRANTED. The Clerk of Court is directed to close the case.

Dated: New York, New York
     July 2̲6̲, 2019

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-26-19